UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GUSTABO ALFONSO RAMOS,<br><br>    Defendant. | Case No. 3:20-mj-71799-MAG-1   (EJD)<br><br>**ORDER STAYING RELEASE ORDER** |

The release order is stayed pending further order of the Court.

**IT IS SO ORDERED.**

Dated: December 23, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 3:20-mj-71799-MAG-1
ORDER STAYING RELEASE ORDER

1