1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4  YOOSUN KOH (NYBN 5245220)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7034
7      FAX: (415) 436-7234
       Yoosun.Koh@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,          )  CASE NO. 3:20-MJ-71799 MAG
                                      )
14     Plaintiff,                     )  DECLARATION OF YOOSUN KOH FILED IN
                                      )  SUPPORT OF
15     v.                             )  UNITED STATES' MOTION TO
                                      )     (1) REVOKE RELEASE ORDER AND ORDER
16 GUSTABO RAMOS,                     )         DEFENDANT DETAINED
                                      )     (2) TEMPORARILY STAY MAGISTRATE
17     Defendant.                     )         JUDGE'S ORDER GRANTING RELEASE
                                      )
18                                       Judge: Hon. Edward J. Davila
                                         Date:  December 24, 2020
19                                       Time:  3:00 p.m.
20 ─────────────────────────────────
21 I, YOOSUN KOH, declare as follows:

22     1.     I am an Assistant United States Attorney for the Northern District of California assigned

23 to prosecute the above-captioned criminal matter. I make this declaration in support of the United

24 States' Motion to Revoke the Release Order and Order Defendant Detained.

25     2.     Attached hereto as Exhibit A is a true and correct copy of a declaration signed by Federal

26 Bureau of Investigation ("FBI") Special Agent Jon Clemens.

27     3.     Attached hereto as Exhibit B is a true and correct copy of FBI FD-302 dated October 21,

28
   3:20-MJ-71799 MAG
   KOH DECL. ISO GOVT MOTION TO REVOKE RELEASE ORDER
   AND ORDER DEFENDANT DETAINED.                    1

2020.

4. Attached hereto as Exhibit C is a true and correct copy of FBI FD-302, dated December 22, 2020.

5. Attached hereto as Exhibit D is a true and correct copy of FBI FD-302, dated December 17, 2020.

6. Attached hereto as Exhibit E is a true and correct copy of SFPD Incident Report No. 200426456.

7. Attached hereto as Exhibit F is a true and correct copy of SFPD Incident Report No. 190653749,

8. Attached hereto as Exhibit G is a true and correct copy of SFPD Incident Report No. 180967419.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and accurate to the best of my knowledge.   Executed this 22nd day of December, in San Francisco, California.

*/s/ Yoosun Koh*
YOOSUN KOH
Assistant United States Attorney