FD-302 (Rev. 5-8-10)    -1 of 1-     OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry __10/21/2020__

On October 8, 2020, FBI SF Squad C-1 conducted physical surveillance of a planned drug purchase between a Cooperating Witness (CW) and William LNU (William) in Hayes Valley near the edge of the Tenderloin neighborhood of San Francisco. Agents observed a dark colored Nissan Sedan, CA license plate ▆▆▆367 (Nissan Sedan) arrive in the vicinity of Golden Gate Avenue and Franklin Street, at which point the CW entered the Nissan Sedan and completed a purchase of narcotics. CW confirmed later that the driver of the Nissan sedan was William, an individual who CW had purchased narcotics from on multiple occasions.

Records checks conducted by the FBI SF Operations team revealed the following information related to the Nissan sedan:

License Plate: CA ▆▆▆367
Vehicle: 2011 Nissan, 4 door
VIN: ▆▆▆▆▆▆
Registered owner: ▆▆▆▆▆▆
Date of Birth: ▆▆▆▆▆▆
Address: ▆▆▆▆▆▆
Alt. Address: ▆▆▆ Loma Vista Avenue, ▆▆▆ Oakland, CA
DMV Address: ▆▆▆▆▆▆
Alt. Vehicle: ▆▆▆▆▆▆

A digital copy of the CLETS/DMV checks is attached to the 1A section of this serial.

Investigation on __10/08/2020__ at San Francisco, California, United States (Email)

File # 245W-SF-2602422-DESERTEAGLE       Date drafted __10/21/2020__

by  PEACOCK DAVID F

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.