FD-302 (Rev. 5-8-10)

- 1 of 3 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry: 12/22/2020

At approximately 6:20AM on December 10, 2020, a search warrant, issued in the United States District Court for the Northern District of California on December 9, 2020 by the Honorable Jacqueline S. Corley, U.S. Magistrate Judge, was executed by Special Agents (SA) and a Task Force Officer (TFO) of the Federal Bureau of Investigation (FBI) at ▆▆ Loma Vista Avenue, ▆▆▆▆▆▆▆▆, Oakland, CA (Target Premises). The following personnel participated in securing the location for the search:

SA Christopher Bognanno
SA David Peacock
SA Rodney Gauthier
SA Joseph O'Donnell
SA Ruchi Patel
SA Nathan White
SA Joe Yum
SA Desiree Gorham
SA Lacey Melco
SA Kerrie Walker
TFO Samson Chan

The search of the Target Premises began at approximately 7:02AM with entry photos.

The search team at the Target Premises consisted of SA Christopher Bognanno, SA David Peacock, SA Rodney Gauthier, SA Joseph O'Donnell, SA Ruchi Patel, SA Nathan White, SA Joe Yum, SA Kerrie Walker, and TFO Samson Chan. Eighteen items of evidence were collected at the Target Premises.

SA O'Donnell took search photographs of the Target Premises before, during, and at the conclusion of the search. A Photo Log was maintained SA Patel.

A sketch depicting the basic layout of the Target Premises and the

---

Investigation on 12/10/2020 at Oakland, California, United States (In Person)

File # 245W-SF-2602422-DESERTEAGLE

Date drafted 12/17/2020

by PEACOCK DAVID F

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

245W-SF-2602422-DESERTEAGLE

Continuation of FD-302 of (U) Execution of Search Warrant at ███ Loma Vista Avenue, ███████, Oakland, CA on 12/10/2020 , On 12/10/2020 , Page 2 of 3

approximate locations of the collected items of evidence was prepared by SA White.

SA Walker maintained an Evidence Collected Item Log for the following eighteen items of evidence:

1. Backpack
1a. Baggie with crystal rocks
1b. Black Nike Air bag with 6 baggies crystal, 7 baggies white substance
1c. Black Nike bag with 4 baggies pinkish substance, 3 baggies greenish powder, 2 baggies whitish powder, 1 bag brown substance
1d. 1 blue pill container with white crystal substance
1e. 1 blue pill container with 24 full xanax bars and 4 pieces of xanax
1f. 1 blue pill container with 2 small baggies - skulls and brown substance
1g. 1 white pill container with xanax bars
1h. 2 digital scales
1k. packaging materials, clear baggies, foil
2. Digital scale
3. cell phone - LG
4. 1 black tablet IMEI # 015608005631117
5. Black rifle with scope and sling
5a. 3 rifle magazines; 1 magazine containing 0 rounds, 1 magazine containing 16 rounds, 1 magazine containing 17 rounds
5b. Baggie with 20 7.62 rounds
6. Dell Laptop
7. HP Laptop
8. cell phone - iPhone
9. cell phone - Samsung
10. US Currency
11. cell phone - T-Mobile flip-phone
12. cell phone - iPhone SE
13. Sifter and packaging materials
13a. Small baggie with crystal substance and small twist of rock
14. cell phone - LG
15. cell phone - Samsung

FD-302a (Rev. 5-8-10)

245W-SF-2602422-DESERTEAGLE

Continuation of FD-302 of (U) Execution of Search Warrant at ▇▇, Loma Vista Avenue, ▇▇▇▇▇▇▇, Oakland, CA on 12/10/2020 , On 12/10/2020 , Page 3 of 3

16. Motorola phone
17. cell phone - iPhone
18. cell phone - iPhone

The search concluded with a final walk-through and exit photos began at approximately 9:05AM. A copy of the search warrant and a copy of the FD-597 were placed inside the Target Premises. At approximately 9:15AM the Target Premises was secured and released back to the resident.

The Search Warrant for Target Location, Evidence Recovery Log, Photographic Log with Photography Cover Sheet, Sketch, FD-597, and original Compact Discs and copy of the Compact Discs containing the search photographs are physically and digitally maintained in the 1A package of this case file.