FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    12/17/2020

On December 10, 2020, Special Agents (SA) of the FBI and a San Francisco Police Department Task Force Officer (TFO) executed a Federal Search Warrant and Arrest Warrant on Gustabo Alfonso Ramos (Ramos), DOB ████████, at Ramos' residence, located at ████ Loma Vista Avenue, ██████, Oakland, CA 94619 (residence), for violations of criminal codes 21 U.S.C. 841, Distribution and Possession with Intent to Distribute Controlled Substances, and 21 U.S.C. 846, Conspiracy to Distribute Controlled Substances.

The search and arrest operations were conducted pursuant to a federal arrest warrant and a federal search warrant signed in the Northern District of California by the Honorable Jacqueline S. Corely, U.S. Magistrate Judge on December 9, 2020.

The individuals present during the federal search and arrest operations were the following:

- SA Rodney Gauthier
- SA David Peacock
- SA Joseph O'Donnell
- SA Christopher Bognanno
- SA Ruchi Patel
- SA Nathan White
- SA Joe Yum
- SA Desiree Gorham
- SA Lacey Melco
- SA Kerrie Walker
- SFPD TFO Samson Chan

The federal search and arrest operation was initiated at 6:00 AM at the residence and developed according to the following events:

[Agent note: all times noted are approximate and in Pacific Standard Time]

6:00 AM: Entry team conducted a knock and announce at front door of

---

Investigation on   12/10/2020   at   Oakland, California, United States (In Person)

File #   245W-SF-2602422-DESERTEAGLE      Date drafted   12/16/2020

by   Christopher J. Bognanno

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

245W-SF-2602422-DESERTEAGLE

(U) Execution of Arrest Warrant at ▮▮▮ Loma Vista Avenue, ▮▮▮▮, Oakland, CA

Continuation of FD-302 of 94619 , On 12/10/2020 , Page 2 of 2

residence.

6:02 AM: Entry team executed mechanical breaches of the security gate covering the front door and the front door of the residence. Entry team announced its presence and performed a protective sweep of residence for Agent safety.

6:04 AM: During protective sweep, SA Bognanno breached a locked door in the back of the residence at the end of the main hallway and encountered Ramos. Ramos was taken into custody by SA Bognanno without incident. Upon conducting a high risk search of Ramos, SA Bognanno located a cellular device in the pocket of Ramos' pants.

6:20 AM: Ramos was dressed and removed from the residence to the FBI-issued vehicle belonging to SA Peacock.

6:26 AM: SA Yum, SA Peacock, and SA Melco performed a custodial interview of Ramos.

Once the residence and surrounding area were deemed safe and clear, the search team executed the federal search warrant.