# San Francisco Police Department
## INCIDENT REPORT

**200426456**

Report Type: **Initial**

## INCIDENT

| Incident Number | Occurrence From Date / Time | Occurrence To Date / Time | Reported Date / Time | CAD Number |
|---|---|---|---|---|
| 200-426-456 | 07/16/2020  19:04 | | 07/16/2020  19:04 | 201982695 |

**Type of incident**
CONTROLLED SUBSTANCE, SALE  16664   CONTROLLED SUBSTANCE, POSSESSION FOR SALE  16662   METHADONE, POSSESSION FOR SALE  16632

| Location of Occurrence: | At Intersection with/Premise Type | District |
|---|---|---|
| HYDE ST | GOLDEN GATE AVE / SIDEWALK | TENDERLOIN |

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit 3J38K |

| Location Sent / On View: | At Intersection with | Reporting District |
|---|---|---|
| HYDE ST | GOLDEN GATE AV | TENDERLOIN |

| Crime and Clearance Status 6 | Reported to Bureau | Name | Star | Date/ Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04? **Yes**

## OFFICER DECLARATION

I declare under penalty of perjury, this report of **8** pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED     5 Year/Post

| Reporting Officer | Star | Station | Watch | Date |
|---|---|---|---|---|
| CUNNIE, MICHAEL D | 181 | Tenderloin Sta ion | 0700/1700 | 07/17/20 00:57 |
| Reviewing Officer | Star | Station | Watch | Date |
| NOCETTI, DARREN J | 394 | Tenderloin Station | 1200-2200 | 07/17/20 00:58 |
| OIC | Star | Station | Watch | Date |
| NOCETTI, DARREN J | 394 | Tenderloin Station | 1200-2200 | 07/17/20 00:58 |

| Related Case | Related Case | Re-assigned to Copies to 5N200 | Assigned to 5N200  Add'l Copies | Assigned by MC 181 |
|---|---|---|---|---|
| -- | -- | | | |

## REPORTEE 1

| Code | Name (Last, First Middle) | Alias | Email |
|---|---|---|---|
| R 1 | OFC. CUNNIE #181, SFPD | | |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (415) 345-7300 | Work | | | | |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (415) 345-7300 | Work | 301 EDDY ST | SAN FRANCISCO | CA | 94102- |

| DOB / Age | DOB Unk. ☐ | or age between  and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type | Jurisd. | ID No. |

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject |

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language |

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |

| | Code | Name (Last, First Middle) | | Alias | | Email | |
|---|---|---|---|---|---|---|---|
| **B O O K E D** **1** | B 1 | RAMOS, GUSTABO | | | | NONE | |

| | Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | (000) 000-0000 | None | | | | |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| DOB Unknown ☐ | Date of Birth 11/**Red**/98 | Age 21 | or age between and | Race H | Sex M | Height 5'7 | Weight 134 | Hair Color BLK | Eye Color BRO |
|---|---|---|---|---|---|---|---|---|---|

| SFNO Redacted | J/D# (if Juvi) | ID Type/Jurisdiction/Number FBI USA Redacted | ID Type/Jurisdiction/Number CII CA Redacted | ID Type/Jurisdiction/Number |
|---|---|---|---|---|

| Booking Charge(s) | Booking Location |
|---|---|
| N/W 11352(a) H&S / N/W 11351 H&S / N/W 11378 H&S / N/W 11351 HS / N/W 11351 HS / N/W 11351 HS | COUNTY JAIL #1 - 7TH STREET SHERIFF'S FACILITY |

| Warrant # | Court# | Action# | Dept# | Enroute to |
|---|---|---|---|---|
| | | | | |

| Warrant Violation(s) | Bail ($) |
|---|---|
| | |

| Citation# | Violation(s) | Appear Date/time | Location of Appearance |
|---|---|---|---|
| | | | |

| ☐ CA Form Booked Copy Attached | Mirandized: Star ☐ | Date Time | CWB Check PFEIFFER | Star 24 |
|---|---|---|---|---|

| Book/Cite Approval SERGEANT SOLARES | Star 2011 | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | Statement ☐ |
|---|---|---|---|---|---|

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos
LSW: BLACK HAT WITH GOLD DESIGN, BLACK HOODIE, BLACK PANTS

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

# San Francisco Police Department
# INCIDENT REPORT

Report Type: **Initial**

**200426456**

## DETAINED 1

| Code | Name (Last, First Middle) | Alias | Email |
|---|---|---|---|
| D 1 | SILVA, RUSSELL | | NONE |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (000) 000-0000 | None | | | | |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| DOB Unknown ☐ | Date of Birth Redacted | Age 31 | or age between and | Race W | Sex M | Height 6'0 | Weight 204 | Hair Color BRO | Eye Color BLU |
|---|---|---|---|---|---|---|---|---|---|

| SFNO Redacted | J/D# (if Juvi) | ID Type/Jurisdiction/Number CII CA Redacted | ID Type/Jurisdiction/Number FBI USA Redacted | ID Type/Jurisdiction/Number DL CA Redacted |
|---|---|---|---|---|

| Booking Charge(s) | Booking Location |
|---|---|
| | |

| Warrant # | Court# | Action# | Dept# | Enroute to |
|---|---|---|---|---|
| | | | | |

| Warrant Violation(s) | Bail ($) |
|---|---|
| | |

| Citation# | Violation(s) | Appear Date/time | Location of Appearance |
|---|---|---|---|
| | | | |

| ☐ CA Form Booked Copy Attached | Mirandized: Star ☐ | Date  Time | CWB Check  Star |
|---|---|---|---|

| Book/Cite Approval  Star | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | Statement ☐ |
|---|---|---|---|---|

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos
LSW: DIRTY BLACK SWEATSHIRT, BLACK BACKPACK, BLUE JEANS, GREEN FACEMASK

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

## PROPERTY E1

| Code/No | Item Description | Brand | Model |
|---|---|---|---|
| EVD 1 | SUSPECTED FENTANYL | | |

| Serial No. | Gun Make | Caliber | Color WHI | Narcotics Lab No. 20308161 | Quantity 1 | Value Total |
|---|---|---|---|---|---|---|

| Seized by (Star) 449 | From Where (B1) RAMOS |
|---|---|

Additional Description/Identifying Numbers
One press lock baggie, 1.2 grams gross, purchased by Officer Hayes #449 from (B1) Ramos

## PROPERTY E2

| Code/No | Item Description | Brand | Model |
|---|---|---|---|
| EVD 2 | SUSPCETED FENTANYL | | |

| Serial No. | Gun Make | Caliber | Color WHI | Narcotics Lab No. 20308161 | Quantity 1 | Value Total |
|---|---|---|---|---|---|---|

| Seized by (Star) 1894 | From Where (B1) RAMOS' PERSON |
|---|---|

Additional Description/Identifying Numbers
One baggie containing loose suspected fentanyl, 6.0 grams gross

## PROPERTY E3

| Code/No | Item Description | Brand | Model |
|---|---|---|---|
| EVD 3 | PROPERTY RECEIPT | SFPD | 315 |

| Serial No. | Gun Make | Caliber | Color WHI | Narcotics Lab No. | Quantity 1 | Value Total |
|---|---|---|---|---|---|---|

| Seized by (Star) | From Where |
|---|---|

Additional Description/Identifying Numbers
Property receipt issued to (B1) Ramos for (EVD6)

# San Francisco Police Department
## INCIDENT REPORT

Report Type: Initial

200426456

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PROPERTY E4** | Code/No<br>EVD 4 | Item Description<br>SUSPECTED ALPRAZOLAM | | | | | Brand | Model |
| | Serial No. | | Gun Make | Caliber | Color<br>WHI | Narcotics Lab No.<br>20308161 | Quantity<br>1 | Value |
| | Seized by (Star)<br>4350 | | From Where<br>INSIDE BACKPACK SEIZED FROM RUSSELL SILVA | | | | | |
| | Additional Description/Identifying Numbers<br>One white rectangular pill | | | | | | | |
| **PROPERTY E5** | Code/No<br>EVD 5 | Item Description<br>SUSPECTED COCAINE SALT | | | | | Brand | Model |
| | Serial No. | | Gun Make | Caliber | Color<br>WHI | Narcotics Lab No.<br>20308161 | Quantity<br>2 | Value |
| | Seized by (Star)<br>4350 | | From Where<br>INSIDE BACKPACK SEIZED FROM RUSSELL SILVA | | | | | |
| | Additional Description/Identifying Numbers<br>2 bags of suspected cocaine salt. 1 bag containing loose suspected cocaine salt. 1 bag containing multiple clear bindles of suspected cocaine salt. Weighing 14.0 grams total. | | | | | | | |
| **PROPERTY E6** | Code/No<br>EVD 6 | Item Description<br>SUSPECTED METHAMPHETAMINE | | | | | Brand | Model |
| | Serial No. | | Gun Make | Caliber | Color<br>CLR | Narcotics Lab No.<br>20308161 | Quantity<br>1 | Value |
| | Seized by (Star)<br>4350 | | From Where<br>RUSSELL SILVA'S FRONT RIGHT PANT POCKET | | | | | |
| | Additional Description/Identifying Numbers<br>1 clear plastic bag containing loose suspected methamphetamine. Weighing 2.2 grams total. | | | | | | | |
| **PROPERTY E7** | Code/No<br>EVD 7 | Item Description<br>PHOTOCOPIES | | | | | Brand | Model |
| | Serial No. | | Gun Make | Caliber | Color<br>WHI | Narcotics Lab No. | Quantity<br>2 | Value<br>Total |
| | Seized by (Star) | | From Where | | | | | |
| | Additional Description/Identifying Numbers<br>Before and after copy of MCF | | | | | | | |
| **PROPERTY E8** | Code/No<br>EVD 8 | Item Description<br>SUSPECTED METHAMPHETAMINE | | | | | Brand | Model |
| | Serial No. | | Gun Make | Caliber | Color<br>CLR | Narcotics Lab No.<br>20308161 | Quantity<br>1 | Value<br>Total |
| | Seized by (Star)<br>1894 | | From Where<br>(B1) RAMOS' FRONT SWEATER POCKET | | | | | |
| | Additional Description/Identifying Numbers<br>One bag, 15.0 grams gross | | | | | | | |
| **PROPERTY E9** | Code/No<br>EVD 9 | Item Description<br>SUSPCETED FENTANYL | | | | | Brand | Model |
| | Serial No. | | Gun Make | Caliber | Color<br>WHI | Narcotics Lab No.<br>20308161 | Quantity<br>25 | Value<br>Total |
| | Seized by (Star)<br>1894 | | From Where<br>(B1) RAMOS'S PERSON | | | | | |
| | Additional Description/Identifying Numbers<br>25 press lock baggies, 31.1 grams gross | | | | | | | |

## PROPERTY

### EVD 10
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 10 | CURRENCY | | | | UNITED STATES | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | GRN | | | $347.00 Total |

| Seized by (Star) | From Where |
|---|---|
| 1894 | (B1) RAMOS' PERSON |

Additional Description/Identifying Numbers
$100 x 1, $50 x 1, $ 20 x 6, $10 x 1, $5 x 10, $1 x 17

### EVD 11
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 11 | SINGLE STRAP BACKPACK | | | | LOWEPRO | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | BLK | | 1 | |

| Seized by (Star) | From Where |
|---|---|
| 4350 | RUSSELL SILVA'S PERSON |

Additional Description/Identifying Numbers
Back pack containing press lock baggies and additional suspected narcotics

### EVD 12
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 12 | SUSPECTED FENTANYL | | | | | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | PNK | 20308161 | 3 | |

| Seized by (Star) | From Where |
|---|---|
| 4350 | INSIDE BACKPACK SEIZED FROM RUSSELL SILVA |

Additional Description/Identifying Numbers
3 bags of pink suspected fentanyl. 2 bags contained multiple clear press lock baggies of pink suspected fentanyl. 1 bag of loose pink suspected fentanyl. Total weight 199.9 grams total

### EVD 13
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 13 | SUSPECTED HEROIN | | | | | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | BLK | 20308161 | 2 | |

| Seized by (Star) | From Where |
|---|---|
| 4350 | INSIDE BACKPACK SEIZED FROM RUSSELL SILVA |

Additional Description/Identifying Numbers
2 clear plastic bags containing suspected heroin. 1 bag contained a loose chunk of suspected heroin. 1 bag contained multiple plastic bindles of suspected heroin.  Weighed 44.2 grams total

### EVD 14
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 14 | SUSPECTED METHAMPHETAMINE | | | | | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | CLR | 20308161 | 3 | |

| Seized by (Star) | From Where |
|---|---|
| 4350 | INSIDE BACKPACK SEIZED FROM RUSSELL SILVA |

Additional Description/Identifying Numbers
3 clear plastic bags containing loose suspected methamphetamine.  Weighing 97.2 grams total.

### EVD 15
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 15 | SUSPECTED FENTANYL | | | | | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | WHI | 20308161 | 5 | |

| Seized by (Star) | From Where |
|---|---|
| 4350 | INSIDE BACKPACK SEIZED FROM RUSSELL SILVA |

Additional Description/Identifying Numbers
5 bags of white suspected fentanyl. 2 bags of suspected fentanyl powder. 2 bags of loose suspected fentanyl rocks. 1 bag multiple press lock baggies of fentanyl. Weighing 130.2 grams total.

| | Code/No | Item Description | | | | Brand | | Model | |
|---|---|---|---|---|---|---|---|---|---|
| **E16** | EVD 16 | PRESS LOCK BAGGIES | | | | | | | |
| | Serial No. | | Gun Make | Caliber | Color CLR | Narcotics Lab No. | | Quantity 1 | Value |
| | Seized by (Star) 4350 | | | From Where INSIDE BACKPACK SEIZED FROM RUSSELL SILVA | | | | | |
| | Additional Description/Identifying Numbers One pack of multiple clear press lock baggies | | | | | | | | |

| | Code/No | Item Description | | | | Brand | | Model | |
|---|---|---|---|---|---|---|---|---|---|
| **E17** | EVD 17 | SUSPECTED FENTANYL | | | | | | | |
| | Serial No. | | Gun Make | Caliber | Color PLE | Narcotics Lab No. 20308161 | | Quantity 1 | Value |
| | Seized by (Star) 4350 | | | From Where INSIDE BACKPACK SEIZED FROM RUSSELL SILVA | | | | | |
| | Additional Description/Identifying Numbers One clear bag containing loose purple suspected fentanyl weighing 97.3 grams total | | | | | | | | |

| | Code/No | Item Description | | | | Brand | | Model | |
|---|---|---|---|---|---|---|---|---|---|
| **E18** | EVD 18 | CERTIFICATE OF RELEASE | | | | SFPD | | | |
| | Serial No. | | Gun Make | Caliber | Color YEL | Narcotics Lab No. | | Quantity 1 | Value |
| | Seized by (Star) 2319 | | | From Where GOLDEN GATE AND HYDE ST | | | | | |
| | Additional Description/Identifying Numbers Certificate of release for Russell Silva | | | | | | | | |

| | | |
|---|---|---|
| San Francisco Police Department | | |
| Report Type: Initial | INCIDENT REPORT | 200426456 |

## NARRATIVE

On the above stated date and time, Tenderloin Station Officers were conducting a narcotics enforcement operation in the area of the 100 block of Hyde St. Ofc Hayes #449 was working in an undercover capacity in order to purchase narcotics. Ofc Guitron #4003 and I were on the street acting as close cover.

Prior to beginning the operation, Ofc Montero #1409 had made a (E7) photocopy of marked city funds (MCF).

Ofc Hayes was walking southbound on the east sidewalk of Hyde St from Turk St. I observed Ofc Hayes cross to the west sidewalk of Hyde St. From where I was standing on the east sidewalk of Hyde St south of Turk St, I could see two males standing on the west sidewalk of Hyde St, just south of the building located at 125 Hyde St. One of the males, who was later identified as (B1) Ramos, was holding two clear plastic sandwich style bags in the palms of his hands. Each bag contained numerous individually wrapped pieces of a white substance, which based on my training and experience, I believed to be narcotics. I watched as Ofc Hayes approached the two males. I observed Ofc Hayes exchange MCF with Ramos for a small baggie containing a white substance which I believed to be narcotics. Ramos retrieved this smaller baggie from inside of one of the larger sandwich style baggies he was holding in his hand. Ofc Hayes then gave the prearranged signal she had purchased narcotics and walked away from the area.

I broadcast Ramos' description and location to assisting officers (Brown Louie Vuitton hat, black sweatshirt, black sweatpants, and a blue mask). I requested officers move in and place Ramos under arrest.

As I was waiting for arresting officers to respond, I observed Ramos approach another male who was standing in front of 125 Hyde St. This male was later identified as (D1) Silva. Silva was wearing a (E11) black backpack. Ramos and Silva appeared to exchange words, then Silva turned around so his back was facing Ramos. I then observed Ramos place one of the sandwich bags containing the suspected narcotics he was holding into the backpack Ramos was wearing. Both males continued to loiter in the area.

Based on my training and experience, I know that people who sell narcotics in the Tenderloin District will often employ people to hold their supply of narcotics. The dealers will do this so that in the event that they are stopped, arrested and searched by the Police, it will be less likely that their supply of illegal narcotics is located and seized. The suppliers also use this technique believing that any narcotics seized from a separate person will be less likely to be used as evidence against them in court. Dealers will pay the people who hold their narcotics small sums of money or small amounts of narcotics for holding their contraband.

Based on my training and experience, coupled with my observations of Ramos placing a bag containing a numerous pieces of suspected narcotics into Silva's backpack, I believed that Ramos was using Silva to hold his supply of narcotics. I provided responding officers with Silva's description and location (Dirty black sweatshirt, black backpack, blue jeans and a green facemask). I advised the officers that I had observed Ramos put narcotics into Silva's backpack and instructed them to place Silva under arrest.

Multiple officers responded to the scene. I observed as Ofc O'Conner #4350 placed Silva under arrest without incident near 125 Hyde St.

As arresting officers approached Ramos, Ramos began running from them eastbound across Hyde St. Ramos ignored orders to stop running. Ofc Scafani #2319 gave chase and was able to grab ahold of Ramos' sweatshirt and pull him to the ground in the middle of Hyde St. Myself and multiple officers responded to assist. After a brief struggle, Ramos was handcuffed and brought to his feet and walked to the sidewalk. Ramos was asked if he had any complaint of pain or injuries. Ramos stated that he did not.

As we officers were struggling with Ramos attempting to place him into handcuffs, Ramos threw two bags of (E2 & E9) suspected fentanyl from his person. Ofc Puccinelli #1894 seized these suspected narcotics. Ofc Puccinelli conducted a search of Ramos after he was handcuffed and located a bag of (E8) suspected methamphetamine. Ofc Puccinelli also located the MCF used by Ofc Hayes on Ramos' person. Please refer to Oc Puccinelli's statement for

further details regarding the seizure of the suspected fentanyl, suspected methamphetamine and MCF.

Ofc O'Connor conducted an arrest search of Silva. Inside of the backpack Silva was wearing Ofc O'Connor located (E12 & E15 & E17) suspected fentanyl, (E6 & E14) suspected methamphetamine, (E5) suspected cocaine salt, (E13) suspected heroin and (E4) suspected alprazolam. Please refer to Ofc O'Connor's statement for further details regarding the arrest of Silva and the narcotics seized from him.

Silva had numerous abbesses and sores on his body. Because of medical concerns, Silva was issued a (E18) Certificate of Release (849b form) and was released from the scene.

At the time of his arrest, Ramos had (E10) $347.00 of US currency on his person. Believing this to be the proceeds from illegal narcotics transactions, Ofc Puccinelli seized Ramos' currency. Ramos was issued a (E3) property receipt for the currency.

Ramos was transported to County Jail #1, where he was booked on the above listed charges with the approval of Sgt Tursi #997.

I later spoke with Ofc Hayes. Ofc Hayes informed me that she purchased $40.00 of US currency worth of (E1) suspected fentanyl from Ramos. Please refer to Ofc Hayes statement for further details regarding the transaction between her and Ramos.

Ofc Hayes gave the suspected fentanyl she had purchased to Ofc O'Connor. Using a Trunarc analyzer, Ofc O'Connor conducted a presumptive test on the suspected fentanyl purchased from Ramos with positive results. Using a Trunarc analyzer, Ofc O'Connor conducted presumptive tests on the suspected narcotics seized from Silva, except for the suspected alprazolam, with positive results. The suspected alprazolam was not tested. Please refer to Ofc O'Connor's statement for further details regarding the testing and weighing of the suspected narcotics.

Ofc Puccinelli conducted a presumptive test on the suspected narcotics seized from Ramos with positive results. Please refer to Ofc Puccinelli's statement for further details regarding the testing and weighing of the suspected narcotics.

Ofc O'Connor hand carried all seized narcotics to the Hall of Justice where he placed them into the narcotics drop box.

At Tenderloin Station, Ofc Urbano #1883 made an after (E7) photocopy of the MCF used by Ofc Hayes to purchase the suspected fentanyl from Ramos. Both the before and after photocopies were uploaded to this report. The MCF was put back in to circulation.

The US currency was booked at Tenderloin Station by Ofc Urbano. The photocopies were booked into evidence by Ofc Guitron. The backpack was booked into evidence by Ofc O'Connor,

Based on the fact that Ramos had sold suspected fentanyl to Ofc Hayes, coupled with the amount of narcotics, sized from Ramos and Silva, the fact that I believe that Silva was holding the narcotics in his possession on Ramos behalf, and the way in which the narcotics were packaged, I believe that Ramos possessed all the narcotics seized in this incident for the purposes of sales.

San Francisco Police Department

Report Type: **Initial**  **INCIDENT REPORT**  **200426456**

**Incident Report** *Statement*

**INCIDENT NO.**

| 2 | 0 | 0 | 4 | 2 | 6 | 4 | 5 | 6 |

| Name (Last,First,Middle)<br>Puccinelli, James M 1894 | DOB/Age | Residence Phone(Day/Night) | Business Phone (Day/Night)<br>415/553-1426 |
|---|---|---|---|
| Residence | Zip Code | Business Address / City if not San Francisco<br>, SF | Zip Code |
| Date of Statement<br>07/16/20 | Time Started<br>20:30 | Time Completed<br>20:30 | Location Where Statement Taken<br>At Scene ☐   Other:   TEND |

On the above date and time, Ofc. O'Connor #4350, Ofc. Cunningham #4364 and I were in plainclothes operating an unmarked police vehicle, assisting in a 'buy/bust' operation within the City and County of San Francisco. Ofc. Cunnie #181 and Ofc. Gutiron #4003 were the designated close cover officers, and Ofc. Hayes #449 was the designated buy officer.

Ofc. Cunnie advised that Ofc. Hayes had successfully purchased suspected narcotics from a male, later identified as (B 1) Gustabo Ramos. We responded to the area, and I observed Ofc. Scafani attempt to arrest a male, later identified as (B 1) Gustabo Ramos. (B 1) Ramos attempted to run from the west side of Hyde Street to the east side of Hyde Street, to evade apprehension. Ofc. Scafani was able to tackle (B 1) Ramos to prevent him from escaping and evading arrest. While on the ground, I grabbed (B 1) Ramos' right arm, which was underneath his stomach. I know that criminals will often place their hands underneath their stomach in order to discard or conceal illegal contraband or weapons. Ofc. Cunningham and I grabbed (B 1) Ramos' right arm and attempted to pull it from underneath his body. As Ofc. Cunnigham and I removed his right arm from underneath his body, his right arm extended, and I observed (E ) and (E )  two plastic bags of a white substance fall from his hand. Based on the totality of the circumstances, I believed these two plastic bags contained suspected narcotics. I seized both plastic bags from the street and assisted in placing (B 1) Ramos into handcuffs and under arrest.

I conducted an arrest search of (B 1) Ramos and seized an additional plastic bag containing (E ) suspected methamphetamine from his front hoodie pocket. I seized the (REC 1) Marked City Funds from Ramos' right front cargo pants pocket (2x$20.00). I also seized (E ) US Currency in multiple denominations from multiple different pockets on (B 1) Ramos' person.

At Tenderloin Station, I weighed and tested the suspected narcotics that were seized from (B 1) Ramos. The (E ) plastic bag contained (25) press lock baggies of suspected fentanyl. I tested the (E ) suspected fentanyl using the TruNarc analyzer, which I have been trained to use. The (E ) suspected fentanyl tested presumptive positive for the presence of fentanyl. I tested (E ) the press lock bag containing loose suspected fentanyl. The (E ) loose fentanyl tested presumptive positive for the presence of fentanyl. I also tested the (E ) suspected methamphetamine, which tested presumptive positive for the presence of methamphetamine. I took photographs using my department issued cell phone of the suspected narcotics and the TruNarc analyzer results. All photographs were uploaded to this incident report.

I placed the suspected narcotics seized from (B 1) Ramos in a sealed SFPD narcotics envelope. I gave the suspected narcotics to Ofc. O'Connor, who hand carried them to the narcotics drop box located at 850 Bryant Street.

# San Francisco Police Department
## INCIDENT REPORT

Report Type: **Initial**

200426456

**Incident Report** *Statement*

**INCIDENT NO.**

| 2 | 0 | 0 | 4 | 2 | 6 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|

| Name (Last,First,Middle) Hayes, Christina Y 449 | DOB/Age | Residence Phone(Day/Night) | Business Phone (Day/Night) 415/553-1426 |
|---|---|---|---|
| Residence | Zip Code | Business Address / City if not San Francisco , SF | Zip Code |
| Date of Statement 07/16/20 | Time Started 22:25 | Time Completed 22:50 | Location Where Statement Taken At Scene ☐   Other: TEND |

On 07-16-20 at approximately 1900 hrs, I participated in a buy bust operation and was the buy officer.

I was in possession of Marked City Funds and was walking south on Hyde St between Eddy St and Golden Gate Ave on the east sidewalk when I observed two Hispanic males crouched down on the west sidewalk of Hyde St. I ran across the street and showed money to one of the males who was sitting down with two clear plastic sandwich bags in his hand. I recognized numerous press lock baggies of a white powdered substance in the larger bag. The hispanic male was wearing a black hat with a design on it, a black sweatshirt and a blue bandana around his neck. I handed the money to the male and I said, "Gimme forty please." The male took my (MCF) money and placed it in his right pants pocket. He took a press lock bag with a white powdered substance in it from one of the larger clear bags and handed it to me. I walked away and manipulated the substance and recognized it to be suspected fentanyl. I placed it in a narcotics baggy and put it in my backpack. I provided my close cover officers with the prearranged arrest signal.

After Ramos's attempt to run away on Hyde St, Officer Scafani, Officer Gomez, Officer Puccinelli, Officer O'Connor, Officer Cunningham and Officer Cunnie all placed Ramos under arrest.

After the arrest, Officer Cunnie confirmed with me that the arrest made was of a hispanic male wearing a black hat with a Luis Vuitton design on it, a black sweatshirt and blue bandana around his neck.

At Tenderloin Station, Officer Scafani showed me a photo of Gustabo Ramos and I confirmed it was the same person who sold narcotics to me on Hyde St.

At Tenderloin Station, I provided Officer O'Connor with the suspected fentanyl I had purchased.

Incident# 200426456

Page 1 of 1

# San Francisco Police Department
## INCIDENT REPORT

Report Type: **Initial**

200426456

**Incident Report** *Statement*

**INCIDENT NO.** 20042656

| Name (Last,First,Middle) | DOB/Age | Residence Phone(Day/Night) | Business Phone (Day/Night) | |
|---|---|---|---|---|
| O'Connor, Denis M 4350 | | | 415/553-1426 | |
| Residence | Zip Code | Business Address / City if not San Francisco , SF | | Zip Code |
| Date of Statement 07/15/20 | Time Started 23:00 | Time Completed 23:00 | Location Where Statement Taken At Scene ☐  Other: TEND | |

On 07/16/2020, I assisted in a narcotics investigation in the area of Golden Gate Ave and Hyde St. Officer Cunningham, Officer Puccinelli and I were dressed in plainclothes capacity and driving an unmarked vehicle. We were a designated arrest team.

Officer Cunnie advised that an Officer Hayes purchased suspected narcotics from a subject, later identified as Gustavo Ramos, in the area of 125 Hyde St. Officer Cunnie advised that after the transaction, Ramos met with a white male, later identified as Russell Silva. Officer Cunnie advised that Ramos placed a clear plastic bag of suspected narcotics in a bag that was possessed by Silva. Officer Cunnie described Silva as a white male wearing a dirty black hooded sweatshirt. Officer Cunnie advised that that as officers responded to the area, Silva began to walk northbound. Officer Cunningham, Officer Puccinelli and I were in the area of Hyde St at Turk St. At the time Officer Cunnie was broadcasting the description and direction of a travel of Silva, we observed a white male wearing a dirty black sweatshirt walking from the area of 125 Hyde St. At that time I did not observe any other subject matching that description walking in that direction at that exact time.

I exited our vehicle and approached Silva. I displayed my police issued star on my outermost clothing and identified myself as a police officer. I placed Silva under arrest without incident in the area of 129 Hyde St. Silva was wearing a single strap black backpack around his shoulder at the time of arrest. At the time I advised Silva that he was under arrest and placing him into handcuffs, Silva spontaneously stated that someone gave him the bag to hold. Silva also stated that he did not know what was inside the bag. I began to conduct an arrest search of Silva, and he stated that he had a bag of methamphetamine in one of his pockets. While conducting my search, there were multiple loose pieces of foil and plastic items consistent with hypodermic needles. I waited to conduct a search of Silva's person until there were more officers around to prevent injury to myself or Silva. I opened the large zipper compartment of the backpack and observed multiple clear plastic bags containing suspected narcotics. Without a detailed search, I could see multiple clear press lock baggies containing white powdery rock like substance that appeared to be suspected fentanyl, multiple clear plastic bags containing pink powdery rock like substances consistent with suspected fentanyl and clear plastic bags containing clear crystalline shards consistent with methamphetamine. While standing with Silva on the west side of the street, Silva observed officers with Ramos on the east side of Hyde St just north of Golden Gate Ave. Silva spontaneously stated, "He gave me it to hold." I believed that Silva was indicating that Ramos had given him the backpack to hold.

Silva and I walked to the east side of Hyde St just north of Golden Gate Ave where Ramos was arrested and multiple other officers were located. I continued my arrest search of Silva's person and located and seized a clear plastic bag containing clear crystalline shards that I recognized as suspected methamphetamine. I conducted a more detailed search of the backpack seized from Silva. I located a single white rectangular pill consistent with suspected alprazolam, a clear bag containing purple powdery rock like substances consistent with suspected fentanyl, 2 clear plastic bags containing multiple clear press lock baggies of pink powdery rock like substances consistent with suspected fentanyl, 1 bag of loose pink powder consistent with suspected fentanyl, 1 clear plastic bag containing a chunk of black tar like substance consistent with heroin, a clear plastic bag containing multiple clear plastic bindles of black tar like substances consistent with suspected heroin, 3 bags of clear loose crystalline shards consistent with suspected methamphetamine, 2 bags of loose white powder consistent with suspected fentanyl, 2 bags of loose white powdery rock like substances consistent with suspected fentanyl, 1 clear plastic bag containing multiple clear press lock baggies with white powdery rock like substances consistent with suspected fentanyl, 1 bag of loose white waxy

San Francisco Police Department
**INCIDENT REPORT**

Report Type: **Initial**

**200426456**

powder consistent with suspected cocaine salt and 1 clear plastic bag with multiple clear plastic bindles of white waxy soft powder consistent with suspected cocaine salt. There was also a pack of multiple empty clear press lock baggies consistent with the baggies that contained additional suspected narcotics. I believed that these clear press lock baggies were additional packaging materials used to package loose suspected narcotics. I seized the backpack and all of its contents.

Silva identified himself verbally. Silva also advised that he had medical issues pertaining to one of his legs. Silva stated that he had multiple open wounds and abbesses on one of his legs. At the time I searched Silva I could feel through his pants that one of his legs was lumpy and swollen. Silva refused any medical attention on scene. Sgt Tursi advised that because Silva is a known, positively identified, and had medical issues that he would be released. Officer Scafani completed a certificate of release and issued Silva a copy. Silva was released on scene.

At Tenderloin Police Station, Officer Hayes gave me the suspected white fentanyl in a clear press lock baggie that she purchased from Ramos. I weighed all the narcotics seized from Silva and the narcotics provided to me by Officer Hayes and conducted field tests of these items using a TruNarc Analyzer. The breakdown was as follows:
Back Pack
-1 bag of purple suspected fentanyl weighed 97.3 grams total
-3 bags of pink suspected fentanyl weighed 199.9 grams total
-2 bags of suspected heroin weighed 44.2 grams total
-3 bags of suspected methamphetamine weighed 97.2 grams total
-5 bags of suspected white fentanyl weighed 430.2 grams total
-2 bags of suspected cocaine salt weighed 14.0 grams total
Silva's Person
-1 bag of suspected methamphetamine
Purchased from Ramos
- 1 press lock baggie of white suspected fentanyl weighed 2.2 grams total
I conducted field tests of the suspected fentanyl purchased from Ramos, suspected methamphetamine seized from Silva's pants, suspected methamphetamine from the backpack, purple suspected fentanyl from back pack, pink suspected fentanyl from backpack, suspected heroin from backpack, white suspected fentanyl from backpack and suspected cocaine salt from backpack. The field tests resulted positive for the presence of the respective narcotics mentioned above. I sealed these narcotics in a narcotics evidence envelope. Officer Puccinelli provided me with an additional narcotics envelope with suspected narcotics seized from Ramos. I later hand delivered these two envelopes to the Narcotics Drop Box located at 850 Bryant St.

I booked the single strap backpack, pack of press lock baggies and certificate of release into evidence at Tenderloin Police Station.