# San Francisco Police Department
## INCIDENT REPORT

**180967419**

Report Type: **Initial**

## INCIDENT

| Incident Number | Occurrence From Date / Time | Occurrence To Date / Time | Reported Date / Time | CAD Number |
|---|---|---|---|---|
| 180-967-419 | 12/24/2018  14:35 | 12/24/2018  14:40 | 12/24/2018  14:40 | 183581788 |

**Type of incident**
STAY AWAY OR COURT ORDER, NON-DV RELATED  71024   RESISTING, DELAYING, OR OBSTRUCTING  PEACE OFFICER DUTIES  27170   OPIATES, POSSESSION FOR SALE  16220

| Location of Occurrence: | At Intersection with/Premise Type | District |
|---|---|---|
| 374 GOLDEN GATE AVE | ATM | TENDERLOIN |

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☐ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit 3J45C |
|---|---|---|---|---|---|---|---|---|

| Location Sent / On View: | At Intersection with | Reporting District |
|---|---|---|
| GOLDEN GATE AVE | LARKIN ST | TENDERLOIN |

| Crime and Clearance Status 6 | Reported to Bureau | Name | Star | Date/ Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |
|---|---|---|---|---|---|---|---|---|

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04? **No**

## OFFICER DECLARATION

I declare under penalty of perjury, this report of **8** pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED    Post Training

| | Star | Station | Watch | Date |
|---|---|---|---|---|
| Reporting Officer HALEY, ANTONE R | 342 | Tenderloin Station | 1100-2100 | 12/24/18 19:55 |
| Reviewing Officer HOLDER, ANTHONY J | 1873 | Tenderloin Station | 1500-0100 | 12/24/18 20:31 |
| OIC HOLDER, ANTHONY J | 1873 | Tenderloin Station | 1500-0100 | 12/24/18 20:32 |

| Related Case 180-755-838 | Related Case -- | Re-assigned to Copies to 3*300 5N200 | Assigned to 3*300 Add'l Copies DA, OR | Assigned by AH 342 |
|---|---|---|---|---|

## REPORTEE 1

| Code R 1 | Name (Last, First Middle) SFPD-342, SFPD-2230 | Alias | Email |
|---|---|---|---|

| Day Phone (415) 345-7300 | Type Work | Home Address 301 EDDY ST | City SAN FRANCISCO | State CA | Zip Code 94102- |
|---|---|---|---|---|---|

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|

| DOB / Age | DOB Unk. ☐ | or age between and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type  Jurisd.  ID No. |
|---|---|---|---|---|---|---|---|---|---|

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject |
|---|---|---|---|---|---|---|

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language |
|---|---|---|

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

## BOOKED 1

| Field | Value |
|---|---|
| Code | B 1 |
| Name (Last, First Middle) | RAMOS, GUSTABO ADOLFO |
| Alias | |
| Email | |
| Day Phone | |
| Type | |
| Home Address | |
| City | |
| State | |
| Zip Code | |
| Night Phone | |
| Type | |
| Work Address | |
| City | |
| State | |
| Zip Code | |
| DOB Unknown ☐ | |
| Date of Birth | 11/Redacted/98 |
| Age | 20 |
| or age between and | |
| Race | H |
| Sex | M |
| Height | 5'11 |
| Weight | 125 |
| Hair Color | BLK |
| Eye Color | BRO |
| SFNO | Redacted |
| J/D# (if Juvi) | |
| ID Type/Jurisdiction/Number | FBI CA Redacted |
| ID Type/Jurisdiction/Number | CII CA Redacted |
| ID Type/Jurisdiction/Number | |

Booking Charge(s): 11351 HS / 11351 HS / 11351 HS / 11351.5 HS / 11378 HS / 12022.1(a)(1) PC / 166(a)(4) PC / 148(a)(1)PC

Booking Location: COUNTY JAIL #1 - 7TH STREET SHERIFF'S FACILITY

| Warrant # | Court# | Action# | Dept# | Enroute to |
|---|---|---|---|---|
| | | | | |

Warrant Violation(s):

Bail ($):

| Citation# | Violation(s) | Appear Date/time | Location of Appearance |
|---|---|---|---|
| | | | |

| CA Form Booked Copy Attached ☐ | Mirandized: Star ☐ | Date Time | CWB Check MYLES | Star 77 |
|---|---|---|---|---|

| Book/Cite Approval SGT.HOLDER | Star 1873 | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | Statement ☐ |
|---|---|---|---|---|---|

Other Information: Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tattoos
LSW BLACK JACKET AND BLACK PANTS. NO LOCAL ADDRESS.

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

## PROPERTY E1

| Code/No | Item Description | Brand | Model |
|---|---|---|---|
| EVD 1 | SUSPECTED HEROIN | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | BLK | 18304256 | | TBD |

Seized by (Star): 342
From Where: WEST SIDEWALK OF LARKIN JUST SOUTH OF GOLDEN GATE.

Additional Description/Identifying Numbers: 1.2 GRAMS OF SUSPECTED HEROIN

## PROPERTY E2

| Code/No | Item Description | Brand | Model |
|---|---|---|---|
| EVD 2 | SUSPECTED FENTYNAL | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | WHI | 18304256 | | TBD |

Seized by (Star): 342
From Where: RAMOS' LEFT OUTTER JACKET POCKET.

Additional Description/Identifying Numbers: 10.1 GRAMS OF SUSPECTED FENTYNAL

## PROPERTY E3

| Code/No | Item Description | Brand | Model |
|---|---|---|---|
| EVD 3 | SUSPECTED METHAMPHETAMINE | | |

| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
|---|---|---|---|---|---|---|
| | | | WHI | 18304256 | | TBD |

Seized by (Star): 342
From Where: RAMOS' LEFT OUTTER JACKET POCKET.

Additional Description/Identifying Numbers: 12.1 GRAMS OF SUSPECTED METHAMPHETAMINE

## PROPERTY

### E4
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 4 | SUSPECTED BASE COCAINE | | | | | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | WHI | 18304256 | | TBD |
| Seized by (Star) | | From Where | | | | |
| 342 | | WEST SIDEWALK OF LARKIN JUST SOUTH OF GOLDEN GATE. | | | | |
| Additional Description/Identifying Numbers | | | | | | |
| 2.1 GRAMS OF SUSPECTED BASE COCAINE | | | | | | |

### E5
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 5 | SUSPECTED COCAINE SALT | | | | | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | WHI | 18304256 | | TBD |
| Seized by (Star) | | From Where | | | | |
| | | RAMOS' LEFT OUTTER JACKET POCKET. | | | | |
| Additional Description/Identifying Numbers | | | | | | |
| 1.0 GRAMS OF SUSPECTED COCAINE SALT. | | | | | | |

### E6
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 6 | U.S. CURRENCY | | | | USA | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | GRN | | | $406.00 Total |
| Seized by (Star) | | From Where | | | | |
| 342 | | RAMOS AT THE SCENE. SEE BWC FOR FULL DETIALS. | | | | |
| Additional Description/Identifying Numbers | | | | | | |
| $460.00 IN U.S. CURRENCY. | | | | | | |

### E7
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 7 | CELL PHONE | | | | SAMSUNG | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | BLU | | 1 | TBD |
| Seized by (Star) | | From Where | | | | |
| 342 | | WEST SIDEWALK OF LARKIN JUST SOUTH OF GOLDEN GATE. | | | | |
| Additional Description/Identifying Numbers | | | | | | |
| The cellular phone had a cracked screen when I observed it on the sidewalk of Larkin Street. | | | | | | |

### E8
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 8 | PHOTOS | | | | | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | | | 11 | |
| Seized by (Star) | | From Where | | | | |
| 342 | | | | | | |
| Additional Description/Identifying Numbers | | | | | | |
| Uploaded and attached to report. | | | | | | |

### E9
| Code/No | Item Description | | | | Brand | Model |
|---|---|---|---|---|---|---|
| EVD 9 | STAY AWAY ORDER | | | | | |
| Serial No. | Gun Make | Caliber | Color | Narcotics Lab No. | Quantity | Value |
| | | | WHI | | 1 | TBD |
| Seized by (Star) | | From Where | | | | |
| 2230 | | IDB | | | | |
| Additional Description/Identifying Numbers | | | | | | |
| Faxed to Officer Gomez #2230 from the IDB. | | | | | | |

| PROPERTY | E10 | Code/No: EVD 10 | Item Description: PROPERTY RECEIPT | | | Brand: SFPD | Model: |
|---|---|---|---|---|---|---|---|
| | | Serial No. | Gun Make | Caliber | Color: YEL | Narcotics Lab No. | Quantity: 1    Value |
| | | Seized by (Star): 342 | | From Where | | | |
| | | Additional Description/Identifying Numbers: PROPERTY RECEIPT FOR CELL PHONE AND U.S. CURRENCY. | | | | | |

| PROPERTY | BWC1 | Code/No: BWC 1 | Item Description: BODY WORN CAMERA FOOTAGE | | | Brand: AXON | Model: 2 |
|---|---|---|---|---|---|---|---|
| | | Serial No. | Gun Make | Caliber | Color: BLK | Narcotics Lab No. | Quantity    Value: TBD |
| | | Seized by (Star): 342 | | From Where | | | |
| | | Additional Description/Identifying Numbers:<br>BODY WORN CAMERA FOOTAGE UPLOADED TO EVIDENCE.COM<br>#342<br>#2230<br>#2203<br>#2234<br>#4291<br>#2213<br>#608 | | | | | |

| Report Type: **Initial** | INCIDENT REPORT | 180967419 |
|---|---|---|

## NARRATIVE

Additional titles:
Cocaine, Base/Rock, Possession for sale 16623
Cocaine, Possession for sale 16622
Heroin, Possession for sale 16110
Methamphetamine, Possession for sale 16652

On December 24, 2018, at approximately 1430 hours, Officer O'Keefe #4291, Officer Gomez #2230, and I were in full Police uniform and driving an unmarked Police vehicle while on patrol in the San Francisco Tenderloin District. We were driving eastbound on Golden Gate Avenue approaching Larkin Street at the time of the incident.

The following is not a word for word transcription of the event. Please see (BWC1) Body Worn Camera footage for full details. All Body Worn Camera footage was later uploaded to Evidence.com via the secure dock at Tenderloin Station.

It should be noted that the area of Golden Gate Avenue and Larkin Street is well known by Officers and community members as being high in narcotics use and trafficking. I have participated in a multitude of narcotics related arrests in the area. I have also spoken to a large number of community members and business owners in the area regarding the constant and on-going narcotics use and trafficking they witness on a daily basis outside of their homes and businesses.

As we drove eastbound on Golden Gate Avenue we observed a group of unknown males on the north sidewalk of Golden Gate Avenue, just east of Larkin Street. Officer Gomez and I immediately recognized one of the adult males, (B1) Gustabo Ramos, standing in front of the Wells Fargo ATM located at 374 Golden Gate Avenue.

Officer Gomez and I recognized Ramos from a department email that had been distributed approximately three-weeks prior to the above date. The department email stated that an unknown Hispanic male adult, who Officer Gomez and I identified as Ramos, was involved with the sales of Fentanyl in the area of Larkin Street and Golden Gate Avenue. Officer Gomez and I performed a computer query of Ramos at that time and observed that Ramos had a stay-away order from 370 Golden Gate Avenue (150 yards from 370 Golden Gate Ave, CT#18018217).

After positively identifying the individual standing in front of 374 Golden Gate Avenue as Ramos, Officer Gomez, Officer O'Keefe, and I continued eastbound on Golden Gate Avenue. We made a right turn on to southbound Leavenworth, then another right turn on to westbound McAllister. We then made a right turn on to Larkin Street and parked our vehicle just south of Golden Gate Avenue. Officer O'Keefe performed a query of Ramos over his radio in order to confirm that the stay-away order was still active. Dispatch confirmed that Ramos had an active stay away order from 370 Golden Gate Avenue.

I observed Ramos walking westbound on the north sidewalk of Golden Gate Avenue while we were performing the query with dispatch. Ramos crossed Larkin Street and was walking toward Polk Street on Golden Gate Avenue.

Officer Gomez, Officer O'Keefe, and I drove northbound on Larkin Street, made a left turn on to westbound Turk Street, and then another left turn on southbound Polk Street. We turned left on eastbound Golden Gate Avenue and parked our vehicle just east of Polk Street. We alerted other Officers in the area as to Ramos' description and last known direction of travel. I then observed Ramos walking eastbound on the south sidewalk of Golden Gate Avenue, just west of Larkin Street. We drove toward the area in an attempt to contact Ramos.

I exited the vehicle mid-block on Golden Gate Avenue. Officer Gomez and Officer O'Keefe continued eastbound on Golden Gate Avenue. Shortly after I exited the vehicle I heard an Officer transmit over their radio that they had a subject resisting arrest on Larkin Street. I ran to the scene in order to assist Officers with the arrest.

Officer Gonzalez #2234 and Officer Backman #2203 responded to the area in order to assist with the arrest of

Ramos. They were parked on the west side of Larkin Street, just south of Golden Gate Avenue, when they observed Ramos walking southbound on Larkin Street from Golden Gate. Officer Gonzalez exited his vehicle and attempted to arrest Ramos on the west sidewalk of Larkin Street just south of Golden Gate Avenue. Officer Gonzalez grabbed Ramos' arms and stated that he was under arrest. Ramos immediately tensed his arms and attempted to break free from Officer Gonzalez's grip. Officer Gonzalez then pulled Ramos to the ground and, utilizing control holds, attempted to place Ramos in handcuffs. See Officer Gonzalez's statement for full details.

As I made the right turn on to the west sidewalk of Larkin Street I observed Ramos laying on the sidewalk struggling with a number of Officers. Ramos was kicking his feet and tensing his arms in an attempt to avoid being handcuffed, a violation of 148(a)(1) PC, resisting arrest. I assisted in restraining Ramos while other Officers placed him in handcuffs.

Officer Gomez asked Ramos if he was "oaky?" Ramos confirmed that he was. Ramos did not make any complaint of pain in the presence of any Officers.

At this point I arrested Ramos for 12022.1(a)(1) PC, violation of a court order, as well as 148(a)(1), resisting arrest.

While Ramos was struggling with Officers at the scene I observed several tightly wrapped bindles of various suspected narcotics on the sidewalk in the immediate area of Ramos' arrest. See Officer Gonzalez's statement for full details. The suspected narcotics were tightly wrapped in clear plastic, a common method for packaging narcotics for sales. I observed several of the bindles to contain an off-white waxy substance which, based on my training and experience, I believed to be (E4) suspected base cocaine. There were also multiple bindles of a black tar-like substance which, based on my training and experience, I believed to be (E1) suspected heroin. I immediately recognized that each bindle contained a usable amount of the suspected substances.

As this point I believed Ramos was in possession of the suspected narcotics for the purpose of sales. The suspected narcotics were recovered off of the sidewalk. I took possession of the suspected narcotics and later transported them back to Tenderloin Station for booking. Before the narcotics were collected, Officer Gonzalez took four pictures of the narcotics. I later booked the pictures as evidence at Tenderloin Station. I also uploaded copies of the pictures to this report.

I observed a (E7) cellular phone in the immediate area of Ramos' arrest. Based on my training and experience I known that narcotics traffickers use their cellular phone as a tool to conduct their illicit and dangerous business. I seized the cellular phone at the scene and later transported it back to Tenderloin Station. Officer Gomez later booked the cellular phone as evidence at Tenderloin Station.

I conducted a search of Ramos incident to his arrest. I located approximately (E6) $460.00 dollars in US Currency on Ramos' person at the scene. The money was in smaller denominations, with all of the bills being $20 dollar bills or smaller. Based on my training and experience I know that narcotics transactions are typically completed using smaller denominations of currency such as those found on Ramos. Believing Ramos had obtained the currency through illegal narcotics trafficking, I seized the currency at the scene. Officer Gomez later counted the currency in the presence of SGT McCormick #4167 and booked it as evidence in a signed SFPD money envelope at Tenderloin Station.

I issued Ramos a (E10) SFPD Property Receipt for the cellular phone and the US Currency listed above. Officer Gomez booked a copy of the Property Receipt as evidence at Tenderloin Station. She also uploaded a copy of the Property Receipt to this report.

During my search of Ramos I located a large bag of white crystal-like substance in his left outer jacket pocket. Based on my training and experience, I believed the substance to be (E3) suspected methamphetamine. In the same location I also located multiple bags of a white powdery substance which, based on my training and experience, I believed to be cocaine salt. I immediately recognized the amount of both substance to be usable amounts.

I located another large clear plastic bag inside of Ramos' left outer jacket pocket. When I examined the bag I found that it contained numerous smaller baggies filled with (E2) suspected fentanyl. I immediately recognized that each small baggie contained a useable amount of the substance.

I seized all of the narcotics listed above and transported them back to Tenderloin Station for booking.

Ramos was transported back to Tenderloin Station by Officer Gonzalez and Officer Backman #2203 for booking. During the booking search Officer Gonzalez located an additional bindle of suspected cocaine base on Ramos' person. He issued it to me for booking.

I took 7 pictures of the narcotics listed in this report. I later uploaded the pictures to this report. Officer Gomez booked the pictures as evidence at Tenderloin Station.

I weighed the narcotics in the presence of SGT McCormack. I then packaged the narcotics pursuant to current SFPD policy. Officer Gomez later hand delivered the narcotics to the narcotics drop box at 850 Bryant Street.

In regards to the suspected narcotics; I have been assigned to Tenderloin Station for approximately 8 months. The Tenderloin district is well known for the use and sales of illegal narcotics. During my employment with the San Francisco Police department I have received 40 hours of narcotics training during the POST Academy in regards to controlled substances. This training included specific information regarding all of the narcotics listed in this report. In the course of my duties as a Police Officer, furthermore, I have spoken to many narcotics users regarding the use of various illegal narcotics. I have also had conversations with multiple other Officers with more experience than myself regarding illegal narcotics, and have assisted in conducting a multitude of undercover narcotics operations throughout the Tenderloin District. In total, I have handled thousands of bindles of illegal narcotics during my employment as a Police Officer and have participated in a vast array of narcotics related arrests.

Based on the above training and experience, the packaging, and the large quantity seized, I believed Ramos possessed the narcotics listed in this report for sales.

In total, I seized the following narcotics from Ramos (Lab# 18304256):
-12.1g of Suspected Methamphetamine from Ramos' left outer jacket pocket
-10.1g Suspected Fentanyl from Ramos' left outer jacket pocket.
-1.0g Suspected Cocaine Salt from Ramos' left outer jacket pocket.
-1.2g Suspected Heroin from the sidewalk in the immediate area of Ramos' arrest.
-2.1g Suspected Base Cocaine from the sidewalk in the immediate area of Ramos' arrest.


A computer query of Ramos indicated the he was arrested on 11/20/18 at 370 Golden Gate Avenue for the following charges (CASE:180879892):
11351 HS
11351 HS
11378 HS
11351.5 HS

Officer Gomez confirmed the active stay-away order with the SF ID Bureau. The ID Bureau faxed Officer Gomez a copy of the stay away order which she later booked as evidence at Tenderloin Station. She also uploaded a copy of the order to this report.

Officer Gomez contacted Myles #77 at CWB and confirmed that Ramos had no active warrants.

I booked Ramos for the following charges at Tenderloin Station with the approval of SGT McCormick:
11351 HS
11351 HS
11351 HS
11351.5 HS
11378 HS
12022.1(a)(1) PC (CRT#18018217)
166(a)(4) PC (CRT#18018217)
148(a)(1) PC

Ramos was later transported to County Jail-1 by Officer Neary #1291 and Officer Castro #2300.

**San Francisco Police Department**
**INCIDENT REPORT**                                                                 **180967419**

Report Type: **Initial**

Despite a court-order being in place, Ramos has continued to sell incredibly dangerous illegal narcotics in the city of San Francisco. Ramos has defied his court-order and been arrested in the same location as his previous incident with over 10 grams of Fentanyl on his person. The Fentanyl, furthermore, was clearly packaged for sales. As is common knowledge, Fentanyl has caused innumerable deaths across the county and has also contributed to a number of first-responders being injured during their service. Because Ramos has demonstrated a pattern of boldly disobeying the direction of the court, and because he has no legal business in the district, I am humbly requesting that Ramos be issued a stay-away order from the entire Tenderloin District.

**San Francisco Police Department**
**INCIDENT REPORT**

Report Type: **Initial**

**180967419**

**Incident Report** *Statement*

## INCIDENT NO.

| 1 | 8 | 0 | 9 | 6 | 7 | 4 | 1 | 9 |

| Name (Last,First,Middle) Gonzalez, Ryan R 2234 | DOB/Age | Residence Phone(Day/Night) | Business Phone (Day/Night) 415/345-7300 |
|---|---|---|---|
| Residence | Zip Code | Business Address / City if not San Francisco 301 Eddy Street, SF | Zip Code 94102-2606 |

| Date of Statement 12/24/18 | Time Started 16:00 | Time Completed 16:00 | Location Where Statement Taken  At Scene ☐   Other: TEND |
|---|---|---|---|

On 12/24/2018, I was working as the 3J53C with Officer Backman #2203 dressed in police uniform, driving a marked police vehicle. Officer Gomez #2230 informed that a known subject, (B1) Gustabo Ramos, was by 370 Golden Ave. Officer Gomez informed me that Ramos had an active stay away order, prohibiting Ramos from being within 150 yards from 370 Golden Gate Ave. I had prior knowledge that Ramos sold fentanyl and other narcotics in this area. I have spoken with multiple drug users who have informed me that one of the areas to purchase fentanyl in San Francisco, is at Golden Gate Ave and Larkin Street.

At approximately 1440 hours, Officer Backman and I drove north on Larkin Street, south of Golden Gate Ave. I parked the vehicle on the west side of Larkin Street. I saw (B1) Ramos turn the corner from eastbound Golden Gate Ave to southbound Larkin Street, once again, in violation of his stay away order.

I exited my vehicle, approached Ramos and told him to stop. I grabbed Ramos' arms in order to place him in handcuffs, and effect the arrest. Ramos immediately tried to resist my grip and pull away from me. I was able to pull Ramos down to the ground. Officer Backman told Ramos he was under arrest. Ramos tucked his arms underneath his body. As Ramos resisted arrest, I saw multiple plastic wrapped bindles fall from one of Ramos' jacket pockets (Unknown exactly which pocket). Eventually, officers on scene were able to overcome Ramos' resistance, and Ramos was placed in handcuffs.

Upon closer inspection, I saw that the multiple plastic wrapped bindles that fell from Ramos' pocket consisted of suspected heroin and suspected base rock cocaine (See Officer Haley's #342 statement for further information). I took four photos of the suspected base rock cocaine, the suspected heroin, and Ramos' cell phone while they were on the ground. Ramos cell phone had already been picked up then placed back on the ground before I took photos of it. Officer Haley later seized the suspected base rock cocaine and suspected heroin from the ground.

Officer Backman and I transported Ramos to Tenderloin Station. While I was performing an inventory search on Ramos, I seized one plastic wrapped bindle of suspected base rock cocaine from Ramos' front right (black jacket) jacket pocket. I later gave this one suspected base rock cocaine bindle to Officer Haley.